# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE



**FILED**

**March 12, 1999**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

DONALD E. GRIFFIN,                    )
                                                        )
      Plaintiff/Appellant,            )
                                                        )          Appeal No.
                                                        )          01-A-01-9712-CH-00700
VS.                                                   )
                                                        )          Davidson Chancery
                                                        )          No. 97-1104-I(II)
SHELTER MUTUAL INSURANCE    )
COMPANY,                                      )
                                                        )
      Defendant/Appellee.           )

## ORDER ON PETITION TO REHEAR

_____The appellant has filed a petition to rehear which we have considered and found to be without merit.  It is, therefore, ordered that the petition is overruled.

_____
BEN H. CANTRELL, PRESIDING JUDGE, M.S.

_____

_____
WILLIAM C. KOCH, JR., JUDGE

_____
WILLIAM B. CAIN, JUDGE